Name Chapa Alexandra M.
Street Address 2479 autumn meadow Avenue
City and County Sacramento, California
State and Zip Code California 95835-2107
Telephone Number N/A.

**FILED**

JUL 27 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Chapa Alexandra M.
Zella Chapa, (Kids).
Koda Chapa.

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Defendants at and in Natomas.
2475 autumn meadow Ave.
Sacramento, California 95835

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

See attached.

**Complaint for a Civil Case Alleging
Negligence**
(28 U.S.C. § 1332; Diversity of
Citizenship)

Case No. 1: 2 3 CV 0 0 1 1 1 8-J4TFS20

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
                *(check one)*

**RECEIVED**

JUL 27 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                  Chapa Alexandra M. plus Kids.
Street Address        2479 autumn Meadow Avenue.
City and County       Sacramento, County of Sacramento.
State and Zip Code    California 95835-2187.
Telephone Number      N/a.
E-mail Address        N/a.

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                      Natomas park Master Association.
Job or Title              board of Directors.
(if known)
Street Address            4600 northgate Blvd, Suite 135.
City and County           Sacramento. County of Sacramento.
State and Zip Code        California 95834.
Telephone Number          916.925.9200.
E-mail Address            admin@natomaspark.com.
(if known)

Defendant No. 2

Name                      Levy, Erlanger & Company, LLP.
Job or Title              Certified public Accountants.
(if known)
Street Address            290 King Street, Suite 0121
City and County           San Francisco. Santa Clara County.

2

State and Zip Code _California 94107._

Telephone Number _not available._

E-mail Address _not available._
(if known)

Defendant No. 3

Name _Lyon Real Estate-Natomas._

Job or Title _01857826, 01481963, #01441467._
(if known)

Street Address _2285 Del paso Road, Suite 100._

City and County _Sacramento, County of Sacramento._

State and Zip Code _California 95834._

Telephone Number _916·574·8800._

E-mail Address _not known._
(if known)

Defendant No. 4

Name _Janus Victoria._

Job or Title _Criminal._
(if known)

Street Address _2475 autumn meadow Avenue._

City and County _Sacramento, County of Sacramento._

State and Zip Code _California 95835._

Telephone Number _408·513·7584._

E-mail Address _notknown._
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

3

**A.    The Plaintiff(s)**

1.    If the plaintiff is an individual

The plaintiff, *(name)* Chapa Alexandra, is a citizen of the State
of *(name)* California - natural born.

2.    If the plaintiff is a corporation N/A.

The plaintiff, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page
providing the same information for each additional plaintiff.)*

**B.    The Defendant(s)** attached to another page.

1.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign
nation)* _____.

2.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____., and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page
providing the same information for each additional defendant.)*

**C.    The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes
or the amount at stake—is more than $75,000, not counting interest and costs of
court, because *(explain):*

4

*I, Alexandra M. Chapa would like to Discuss the amount in Controversy privately with an honorable judge, Court reporter and a Clerk of the Court. Thank you.*

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) *2018-2023*, at (place) *Natomas - Sacramento*, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

*The plaintiff, Alexandra M. Chapa has reasons to believe the Natomas Area & the United States postal Service is Committing mail fraud, illegal wire tapping and negligence to "better" their financial Documents by and with my legal and non-legal mail.*

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

*I, Alexandra M. Chapa would like to Discuss these matters in a privately held Courtroom with an honorable judge, Court reporter and Clerk of the Court present for safety purposes. Thank you.*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages

claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I, Alexandra M. Chapa Would like to Discuss the Option for relief in privately held Courtroom With an honorable judge, Court reporter and Clerk of the Court. for safety purposes. thank you.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 26, 2023

Signature of Plaintiff    By: Chapa alexandra. M.

Printed Name of Plaintiff    Alexandra M. Chapa.

6

Complaint for Civil Case Alleging negligence
*attached-additional page(s).*

July 26, 2023.

Defendants: page One.
1. Natomas park Master Association.
2. Levy, Erlanger & Company, LLP.
3. Lyon Real Estate - Natomas.
4. Janus Victoria

B. The Defendant(s): page four.

2a. The Defendant, Natomas Park Master Association, is incorporated under the laws of the State of California, and has its principal place of business in the State of California.

2b. The Defendant, Levy, Erlanger & Company LLP, is incorporated under the laws of the State of California, and has its principal place of Business in the State of California.

2c. The Defendant, Lyon Real Estate - Natomas, is incorporated under the laws of the State of California, and has its principal place of Business in the State of California.

2d. The Defendant, Janus Victoria, is a citizen of the State of California.

* end. *
By: Alexandra M. Chapa.

1 of 1.