# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA M. CHAPA, | Case No. 1:23-cv-01118-JLT-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| NATOMAS PARK MASTER ASSOCIATION BOARD OF DIRECTORS, et al., | |
| Defendants. | |

On July 27, 2023, Plaintiff Alexandra M. Chapa, proceeding pro se, filed a complaint against Defendants Natomas Park Master Association Board of Directors; Levy, Erlander & Company LLP; Lyon Real Estate–Natomas; and Victoria Janns. (Doc. 1.) The complaint purports to allege claims for mail fraud, wire tapping, and negligence arising from an alleged interference with Plaintiff's mail. (*See id*.)

It is apparent from a reading of Plaintiff's allegations in the complaint that the gravamen of this case arose in the Sacramento Division of the Eastern District of California, and any relationship with the Fresno Division is minimal. Plaintiff is a resident of Sacramento, as well as are most of

the named defendants.  All of events at issue in the complaint allegedly occurred in Sacramento. For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California.  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and
2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:
   United States District Court
   Eastern District of California
   501 "I" Street, Suite 4-200
   Sacramento, CA 95814

This Court observes that Plaintiff has neither paid the requisite filing fee for this case, nor has she submitted an application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **July 28, 2023**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE